In the Matter of ALFRED A. LEVINSON, an attorney at law.

January 8, 1951. Suspension lifted and petitioner reinstated as an attorney at law.